IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

BARBARA BURNETT                                              PLAINTIFF

v.                      No. 2:23-cv-242-DPM

MARIANNA POLICE DEPARTMENT
and CITY OF MARIANNA, ARKANSAS            DEFENDANTS

ORDER

1.    Burnett must re-do all the papers and materials she has filed, and tried to file, in response to defendants' motion for summary judgment. The Court directs the Clerk to delete *Doc. 26-40* from the record. Burnett's motion to seal, *Doc. 41*, is conditionally granted as specified.

2.    The Court directs Burnett to do these things by 30 September 2025:

- Refile her response to summary judgment;

- Given the voluminous attachments, Burnett must file her response in person at the Clerk's office and provide a courtesy copy to chambers; and

- Burnett may provisionally file her unredacted exhibits under seal.

3.    By 7 October 2025, Burnett must file a notice listing any exhibit she believes should remain under seal. She must give specific

reasons, document by document, why redaction is impracticable and sealing is justified. Defendants may respond within seven calendar days of Burnett's filing. And Burnett may reply within five calendar days of the response.

    4.    Joint report of discovery dispute, *Doc. 43*, noted. The Court will address it in due course. The Court directs defendants to file an addendum to the joint report attaching the exhibits intended to be included in the report.

    5.    Defendants' motion to extend, *Doc. 42*, is denied as moot.

    6.    Defendants' opposed motion to amend, *Doc. 44*, is granted for good cause. There's no prejudice. And the issues need clarity. The Court directs defendants to file their amended statement of undisputed material facts with all supporting exhibits by 30 September 2025.

    So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 September 2025