IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

BARBARA BURNETT                                                         PLAINTIFF

v.                              No. 2:23-cv-242-DPM

MARIANNA POLICE DEPARTMENT
and CITY OF MARIANNA, ARKANSAS                              DEFENDANTS

ORDER

1. The Court directed Burnett to file a notice listing any exhibit she believes should remain under seal and give specific reasons, document by document, why redaction is impracticable and sealing is justified. *Doc. 46.* The Court hasn't received Burnett's notice. She must file it by 7 January 2026.

2. Burnett's embedded motion to extend the time for discovery is denied. *Doc. 49.* She has not shown good cause for an extension. While Officer Turley may be unavailable currently, Burnett has not shown that he was unavailable throughout the discovery period. The deadline for discovery had already been extended. *Doc. 25.* And the defendants' summary judgment motion is not good cause to permit further extension. Plus, the Court had granted Burnett's unopposed motion for more response time—past the first discovery deadline. *Doc. 21.*

3. The Court resolves the parties' discovery dispute, *Doc. 43*, as follows.

- **Interrogatory No. 24 & 25**

Defendants' objection is overruled. The Court may grant leave to serve additional interrogatories. Fed. R. Civ. P. 26(b)(2). The party seeking leave must make a particularized showing why more interrogatories are needed. *See Archer Daniels Midland Co. v. Aon Risk Services, Inc. of Minnesota*, 187 F.R.D. 578, 586 (D. Minn. 1999). Burnett claims that defendants' responses may identify any biases and relevant actions by department officials. Responding wouldn't unduly burden the defendants.

- **Interrogatories Nos. 26 & 27**

Defendants' objections are sustained. The parties covered this issue in both Burnett and Chief Daniel Strickland's deposition. *Doc. 47-3 at 48-49 & Doc. 47-4 at 15-18, 26-28*. Burnett has not made a particularized showing why this topic requires greater coverage.

- **Interrogatories Nos. 28, 29, & 30**

Defendants' objections are overruled. The deposition testimony they point to doesn't appear responsive to Burnett's interrogatories. *Doc. 47-4 at 7, 21-22, & 57*. And the questions burden the defendants only slightly.

- **Interrogatories Nos. 1 & 2 (Second Set)**

Defendants' objections are overruled. Burnett has shown a particularized need. And any burden on the defendants is slight. Defendants have responded to Interrogatory 1. They are not required to respond further unless they wish to supplement their answer.

*

Defendants must supplement their responses by 7 January 2026. Joint report, *Doc. 43*, addressed.

A final note. Burnett filed an amended responding statement of facts, *Doc. 57*, after further discovery. Burnett's first response didn't follow the Court's Final Scheduling Order, *Doc. 8*. The Court accepts Burnett's corrected response in light of any new facts learned after the close of discovery. But the moving party gets the last word. The defendants may supplement their reply. Any supplemental reply due by 9 January 2026.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

22 December 2025