# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

BARBARA BURNETT                                              PLAINTIFF

v.                              No. 2:23-cv-242-DPM

MARIANNA POLICE DEPARTMENT
and CITY OF MARIANNA, ARKANSAS              DEFENDANTS

## JUDGMENT

Burnett's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 March 2026